IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BILLY LAND,
        Petitioner,

v.                                             **Judgment in a Civil Case**

KENNETH ROYSTER,
        Respondent.                       Case Number: 5:10-HC-2165-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on September 1, 2011, with service on:
Billy Land 0231911, Wake Correctional Center, 1000 Rock Quarry Road, Raleigh, NC 27610 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

September 1, 2011                                   /s/ Dennis P. Iavarone
                                                                Clerk

Raleigh, North Carolina